# United States Court of Appeals
## For the First Circuit

No. 07-1166

SHERLY FERDINANDUS,
BERTY LUMENTUT,

Petitioners,

v.

ALBERTO GONZALES, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on September 27, 2007, is amended as follows:

Footnote 1:  The citation is corrected to read "8 C.F.R. § 208.16(b)(1)."